## MELVIN C. WASHINGTON *v.* COMMISSIONER OF MOTOR VEHICLES
## (AC 26922)

Schaller, DiPentima and Gruendel, Js.

Submitted on briefs April 20—officially released May 23, 2006

Per Curiam. The judgment is affirmed.

## CAROLE VASTA *v.* CHARLOTTE CROMAN, CONSERVATOR (PERSON AND ESTATE OF ROSALIE SCHIAVO), ET AL.
## (AC 26546)

Flynn, C. J., and Schaller and Bishop, Js.

Submitted on briefs March 31—officially released May 23, 2006

Per Curiam. The judgment is affirmed.

## MARITA MARONE *v.* FRANKLIN S. MARONE
## (AC 26887)

McLachlan, Lavine and Pellegrino, Js.

Submitted on briefs May 2—officially released May 23, 2006

Per Curiam. The judgment is affirmed.